UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI,<br><br>Petitioner,<br><br>v.<br><br>BOARD OF PAROLE HEARING,<br><br>Respondent. | No. 2:21-cv-01663-TLN-EFB<br><br>**ORDER** |

Petitioner is a state prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Petitioner has filed objections to the findings and recommendations. (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 22, 2021, (ECF No. 14), are adopted in full;

2. The petition (ECF No. 1) is DISMISSED for lack of jurisdiction;

3. The Clerk is directed to close the case; and

4. The Court declines to issue a certificate of appealability.

DATED: January 24, 2022

_____
Troy L. Nunley
United States District Judge